IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 604-016 |
| | * | |
| ALBERT YOUNG | * | |

**O R D E R**

Presently before the Court is Defendant Albert Young's motion for early termination of supervised release. Young was sentenced to serve 199 months imprisonment followed by five years of supervised release upon his conviction for armed bank robbery and use of a firearm during a crime of violence. The Court also ordered restitution in the amount of $30,907.92 and a special assessment of $200.

Young has been under the supervision of the United States Probation Office in the Northern District of Georgia since his release in January 2019; thus, he has served over half of his term. During this time, Young has had no violations and has tested negative on all drug tests administered. He has made regular monthly payments toward restitution since his release. Young's supervising probation officer does not oppose early termination.

The Government, however, objects on the basis that Young still owes $20,078.18[1] toward his restitution obligation.

In light of his favorable adjustment to supervision and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Young's motion (doc. 136) is **GRANTED**. The Court notes that the Financial Litigation Unit of the United States Attorney's Office has various means to pursue any assets of Defendant if it becomes necessary. Albert Young is hereby discharged from his term of supervised release, <u>but he remains obligated to make the required monthly payments.</u> The Clerk is directed to send a copy of this Order to Mr. Michael J. Murphy, United States Probation Office, Heritage Place, 4500 Hugh Howell Road, Suite 405, Tucker, GA 30084. The Clerk is directed to **TERMINATE** Young's motion to travel (doc. no. 137) as moot.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Young made another monthly payment in the time since the Government filed its opposition brief.

2